# SEALED

U. S. Department of Justice
*United States Attorney*
*District of Nevada*
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, NV 89101



```
                    FILED           RECEIVED
                    ENTERED         SERVED ON
                            COUNSEL/PARTIES OF RECORD

                       MAR - 3 2009

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
            BY:                              DEPUTY
```

GREGORY A BROWER
United States Attorney
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:09-CR-_079_ |
| vs. | VIOLATIONS: |
| HAROLD CALL, | 18 U.S.C. § 922(o) - Possession and Transfer of Machine Gun |
| DEFENDANT. | 26 U.S.C. §§ 5845 and 5861 - Possession of Unregistered Machine Gun |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Possession and Transfer of Machine Gun

On or about September 11, 2008, in the State and Federal District of Nevada,

**HAROLD CALL,**

the defendant herein, did knowingly possess and transfer a machine gun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), specifically, a combination of parts, referred to by the defendant as an "auto sear" and also commonly known as a "lightning link," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading,

by a single function of the trigger. In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO
Possession of Unregistered Machine Gun

On or about September 11, 2008, in the State and Federal District of Nevada,

**HAROLD CALL,**

defendant herein, did knowingly possess a firearm, as defined by Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24), namely, a machine gun, that is a combination of parts, referred to by the defendant as an "auto sear" and also commonly known as a "lightning link," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841. In violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT THREE
Possession of Unregistered Machine Gun

On or about October 9, 2008, in the State and Federal District of Nevada,

**HAROLD CALL,**

defendant herein, did knowingly possess a firearm, as defined by Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24), namely, a machine gun, that is, a STEN machine gun, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841. In violation of Title 26, United States Code, Sections 5861(d) and 5871.

. . .

. . .

. . .

## COUNT FOUR
Possession and Transfer of Machine Gun

On or about January 20, 2009, in the State and Federal District of Nevada,

**HAROLD CALL,**

the defendant herein, did knowingly possess and transfer a machine gun, as defined by Title 18, United States Code, Sections 921(a)(23), and Title 26, United States Code, Section 5845(b), specifically, a combination of parts, referred to by the defendant as an "auto sear," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE
Possession of Unregistered Machine Gun

On or about January 20, 2009, in the State and Federal District of Nevada,

**HAROLD CALL,**

defendant herein, did knowingly possess a firearm, as defined by Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24), namely, a machine gun, that is a combination of parts, referred to by the defendant as an "auto sear," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841. In violation of Title 26, United States Code, Sections 5861(d) and 5871.

. . .

. . .

. . .

3

## FORFEITURE ALLEGATION ONE

1. The allegations contained in Counts One and Four of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. Upon a conviction of the felony offense charged in this Indictment,

**HAROLD CALL,**

the defendant herein, shall forfeit to the United States of America all firearms and ammunition involved in or used in the commission of the violation of Title 18, United States Code, Section 922(o):

    a) a machine gun, specifically, a combination of parts, referred to by the defendant as an "auto sear" and also commonly known as a "lightning link," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; and

    b) a machine gun, specifically, a combination of parts, referred to by the defendant as an "auto sear," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All pursuant to Title 18, United States Code, Sections 922(o) and 924(d)(1); and Title 28, United States Code, Section 2461(c).

. . .

. . .

4

## FORFEITURE ALLEGATION TWO

1. The allegations contained in Counts Two, Three and Five of this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon a conviction of the felony offense charged in this Indictment,

**HAROLD CALL,**

the defendant herein, shall forfeit to the United States of America all firearms involved in any violation of Title 26, United States Code, Section 5861(d):

  a) a machine gun, that is a combination of parts, referred to by the defendant as an "auto sear" and also commonly known as a "lightning link," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger

  b) a STEN machine gun; and

  c) a machine gun, that is a combination of parts, referred to by the defendant as an "auto sear," designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

. . .
. . .
. . .
. . .
. . .

5

All pursuant to Title 26, United States Code, Sections 5861 and 5872; and Title 28, United States Code, Section 2461(c).

**DATED:** this _3_th day of March 2009.

**A TRUE BILL:**

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

GREGORY A. BROWER
United States Attorney

ERIC JOHNSON
Assistant United States Attorney

6