1  TERRENCE M. JACKSON, ESQ.
   Nevada Bar 00854
2  Law Office of Terrence M. Jackson
   624 Ninth Street
3  Las Vegas, Nevada  89101
   Off:(702)386-0001 / Fax:(702)386-0085
4
5  *Attorney for Defendant, Harold  E. Call*

6  # UNITED STATES DISTRICT COURT
7  # DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,          Case No.: 2:09-CR-00079-KJD-RJJ
10                  Plaintiff,
11     v.                              **STIPULATION TO VACATE
                                       TRIAL DATE**
12  HAROLD E. CALL,
13                  Defendant.         (Second Request)
14

15

16     IT IS HEREBY STIPULATED by and between GREGORY A. BROWER, United States
17 Attorney, and ERIC JOHNSON, Assistant United States Attorney, counsel for the UNITED
18 STATES OF AMERICA, and Defendant, **HAROLD E. CALL**, by and through his counsel,
19 TERRENCE M. JACKSON, ESQ., that the **Calendar Call date currently set for July 28, 2009,**
20 **at the hour of 9:00 a.m.,** and the **Trial date currently set for August 3, 2009,  at the hour of 9:00**
21 **a.m.**, in Courtroom 6D, be vacated and set to a date and time to be set by the court, but not earlier
22 than (90) ninety days.
23     This Stipulation is entered into based on the following:
24 1.   Defense counsel, Terrence M. Jackson, Esquire, has recently reviewed over 40 hours of audio
25 recordings, but still has many hundreds of hours left. I am requesting additional time for pretrial
26 preparation, investigation, and possibly filing of pretrial motions and such time is essential to be
27 adequately prepared for trial and may be helpful in re-instituting negotiations.
28 2.   Counsel for the Defendant has spoken to the Defendant, and the Defendant has no

1  objection to the requested continuance.

2  3.     Counsel has spoken to the Assistant United States attorney and he has no objection to this
3  continuance.

4  4.     Additionally, denial of this request for continuance would result in a miscarriage of justice.

5  5.     For all the above stated reasons, the ends of justice would be best served by a
6  continuance of the trial date.

7  6.     The additional time requested by this stipulation is excludable in computing the time within
8  which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States
9  Code, § 3161(h)(1)(F) and Title 18, United States Code §3161(h)(8)(A), considering the factors
10 under Title 18, United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

11 7.     This is the second Request for a continuance in this case.

13        RESPECTFULLY SUBMITTED, this 9th day of July 2009.

15 By: /s/ Terrence M. Jackson              By: /s/ Eric Johnson

16 TERRENCE M. JACKSON, ESQ.                L. ERIC JOHNSON, ESQ.
   Nevada Bar No. 00854                     Assistant United States Attorney
17 624 Ninth Street                         333 Las Vegas Blvd. So., Fifth Floor
   Las Vegas, Nevada 89101                  Las Vegas, Nevada 89101
18 (702) 386-0001/ (702) 386-0085           (702) 388-6336/ (702) 388-6418

19 *Attorney for Defendant, CALL*           *Attorney for Plaintiff, United States of America*

1  TERRENCE M. JACKSON
   Nevada Bar 00854
2  Law Office of Terrence M. Jackson
   624 Ninth Street
3  Las Vegas, Nevada 89101
   Off:(702)386-0001 / Fax:(702)386-0085
4
   *Attorney for Defendant, Harold E. Call*
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-00079-KJD-RJJ |
| Plaintiff, | |
| v. | **FINDINGS OF FACT**, |
| HAROLD E. CALL, | **CONCLUSION OF LAW AND ORDER** |
| Defendant. | |

**FINDING OF FACT**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.   Defense counsel, Terrence M. Jackson, Esquire, has recently reviewed over 40 hours of audio recordings, but still has many hundreds of hours left. I am requesting additional time for pretrial preparation, investigation, and possibly filing of pretrial motions and such time is essential to be adequately prepared for trial and may be helpful in re-instituting negotiations.

2.   Counsel for the Defendant has spoken to the defendant who is currently out of custody, and has no objection to the requested continuance.

3.   Counsel has spoken to the assistant United States Attorney and he has no objection to this continuance.

4.   All counsel and counsel for the United States agree to this continuance.

5. The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code, § 3161(h)(1)(F) and Title 18 United States Code § 3161(h)(8)(A), considering the factors under Title 18 United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

6. This is the second request for a continuance.

For all of the above reasons, the ends of justice would best be served by a continuance of the calendar call and trial date.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all of the above stated reasons, the ends of justice would be best served by a continuance of the current trial date.

3. The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(F) and Title 18, United States Code, § 3161(h)(8)(A), considering the factors under Title 18, United States Code, §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

## ORDER

**IT IS HEREBY ORDERED** that the July 28, 2009 calendar call and the August 3, 2009 trial date be vacated.

**IT IS FURTHER ORDERED** that calendar call in this matter be scheduled for the ____ day of _____, 2009, at the hour of _____ a.m./p.m.

**IT IS FURTHER ORDERED** that the trial date in this matter be scheduled for the ____ day of _____, 2009, at the hour of _____ a.m./p.m.

**DATED** this 9th day of July 2009.

_____
UNITED STATES DISTRICT JUDGE

4

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Terrence M. Jackson, Esquire, that I am a person competent to serve papers and am a person of such age and discretion as to be competent to serve papers, that on the 6th day of July 2009, I served a true and correct copy for the foregoing Defendant, HAROLD E. CALL'S, **STIPULATION TO VACATE TRIAL DATE (Second Request)** to the United States District Court, who will e-serve the following addressee(s);

[✓]   Via CM/ECF, the electronic filing system for the District of Nevada, **as indicated below**:

UNITED STATES ATTORNEY
Gregory A. Brower
ASSISTANT UNITED STATES ATTORNEY
Eric Johnson
Lloyd D. George United States Federal Courthouse
333 Las Vegas Boulevard So., Fifth Floor
Las Vegas, Nevada 89101

*Attorney for USA (Plaintiff)*

BY:   /s/ Ila C. Wills
      An employee to Terrence M. Jackson, Esq.

5