1  TERRENCE M. JACKSON, ESQ.
   Nevada Bar 00854
2  Law Office of Terrence M. Jackson
   624 Ninth Street
3  Las Vegas, Nevada   89101
   Off:(702)386-0001 / Fax:(702)386-0085
4
5  *Attorney for Defendant, Harold E. Call*

6  **UNITED STATES DISTRICT COURT**
7  **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,                Case No.: 2:09-CR-00079-KJD-RJJ
10                 Plaintiff,
11    v.
                                            **STIPULATION TO VACATE**
12  HAROLD E. CALL,                         **TRIAL DATE**
13                 Defendant.               (Second Request)
14

15

16      IT IS HEREBY STIPULATED by and between GREGORY A. BROWER, United States

17  Attorney, and ERIC JOHNSON, Assistant United States Attorney, counsel for the UNITED

18  STATES OF AMERICA, and Defendant, **HAROLD E. CALL**, by and through his counsel,

19  TERRENCE M. JACKSON, ESQ., that the **Calendar Call date currently set for July 28, 2009,**

20  **at the hour of 9:00 a.m.,** and the **Trial date currently set for August 3, 2009, at the hour of 9:00**

21  **a.m.**, in Courtroom 6D, be vacated and set to a date and time to be set by the court, but not earlier

22  than (90) ninety days.

23      This Stipulation is entered into based on the following:

24  1.   Defense counsel, Terrence M. Jackson, Esquire, has recently reviewed over 40 hours of audio

25  recordings, but still has many hundreds of hours left. I am requesting additional time for pretrial

26  preparation, investigation, and possibly filing of pretrial motions and such time is essential to be

27  adequately prepared for trial and may be helpful in re-instituting negotiations.

28  2.   Counsel for the Defendant has spoken to the Defendant, and the Defendant has no

objection to the requested continuance.

3.  Counsel has spoken to the Assistant United States attorney and he has no objection to this continuance.

4.  Additionally, denial of this request for continuance would result in a miscarriage of justice.

5.  For all the above stated reasons, the ends of justice would be best served by a continuance of the trial date.

6.  The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(F) and Title 18, United States Code §3161(h)(8)(A), considering the factors under Title 18, United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

7.  This is the second Request for a continuance in this case.

RESPECTFULLY SUBMITTED, this 9th day of July 2009.

By: /s/ Terrence M. Jackson                     By: /s/ Eric Johnson

TERRENCE M. JACKSON, ESQ.          L. ERIC JOHNSON, ESQ.
Nevada Bar No. 00854                          Assistant United States Attorney
624 Ninth Street                              333 Las Vegas Blvd. So., Fifth Floor
Las Vegas, Nevada 89101                       Las Vegas, Nevada 89101
(702) 386-0001/ (702) 386-0085                (702) 388-6336/ (702) 388-6418

*Attorney for Defendant, CALL*                *Attorney for Plaintiff, United States of America*

1  TERRENCE M. JACKSON
   Nevada Bar 00854
2  Law Office of Terrence M. Jackson
   624 Ninth Street
3  Las Vegas, Nevada 89101
   Off:(702)386-0001 / Fax:(702)386-0085
4
   *Attorney for Defendant, Harold E. Call*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-00079-KJD-RJJ |
| Plaintiff, | |
| v. | **FINDINGS OF FACT**, **CONCLUSION OF LAW** |
| HAROLD E. CALL, | **AND ORDER** |
| Defendant. | |

## FINDING OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel, Terrence M. Jackson, Esquire, has recently reviewed over 40 hours of audio recordings, but still has many hundreds of hours left. I am requesting additional time for pretrial preparation, investigation, and possibly filing of pretrial motions and such time is essential to be adequately prepared for trial and may be helpful in re-instituting negotiations.

2. Counsel for the Defendant has spoken to the defendant who is currently out of custody, and has no objection to the requested continuance.

3. Counsel has spoken to the assistant United States Attorney and he has no objection to this continuance.

4. All counsel and counsel for the United States agree to this continuance.

3

1     5.     The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code, § 3161(h)(1)(F) and Title 18 United States Code § 3161(h)(8)(A), considering the factors under Title 18 United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

    6.     This is the second request for a continuance.

For all of the above reasons, the ends of justice would best be served by a continuance of the calendar call and trial date.

## CONCLUSIONS OF LAW

1.     Denial of this request would result in a miscarriage of justice.

2.     For all of the above stated reasons, the ends of justice would be best served by a continuance of the current trial date.

3.     The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(F) and Title 18, United States Code, § 3161(h)(8)(A), considering the factors under Title 18, United States Code, §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

## ORDER

**IT IS HEREBY ORDERED** that the July 28, 2009 calendar call and the August 3, 2009 trial date be vacated.

**IT IS FURTHER ORDERED** that calendar call in this matter be scheduled for the 27th day of October, 2009, at the hour of 9:00 a.m.

**IT IS FURTHER ORDERED** that the trial date in this matter be scheduled for the 2nd day of November, 2009, at the hour of 9:00 a.m.

**DATED** this 9th day of July 2009.

                          /S/ KENT J. DAWSON
                          UNITED STATES DISTRICT JUDGE