# EXHIBIT A

Affidavit of Harold E. Call

# AFFIDAVIT OF HAROLD E. CALL

STATE OF NEVADA      )
                     )
COUNTY OF CLARK      )

HAROLD E. CALL being first duly sworn deposes and states:

1. Affiant states that he is a resident of Nevada in the County of Clark for twenty-one (21) years.

2. Affiant resides at his residence 8208 Gunther Circle in Las Vegas, Nevada and has lived there for fifteen (15) years.

3. Affiant has been involved in the Nevada (Las Vegas) Lawman Group for approximately four (4) years attending meetings, approximately 2005.

4. Affiant attended meetings being held at the Spring Valley Library, in Las Vegas, initially, then at restaurants such as Blueberry Hill or Denny's for breakfast.

5. At these meetings we would discuss political and economic issues in general, including current events.

5. In 2007 the former Chairman, Tom Price, said he was going to quit, and the other members in the group chose me to be the new Chairman and I accepted.

6. Affiant has attended Lawman Group meetings where Sovereign Group met.

7. Affiant first met agent Dominic Sacco a/k/a/ CH 2 in 2007 at a meeting of the Sovereign People's Court. I remember him because he wore flashy jewelry/bling and Hawaiian shirts. Dominic claimed he ran a party boat business in California. He was with Mark Antonelli, a/ka/ agent CH 2 and sometimes a young woman.

8. Affiant met with him at meetings or my home at least twelve (12) times in the next eighteen (18) months.

9. During that time he continually requested I supply him with parts.

10. Affiant states that Dominic Sacco and his partner, Mark Antonelli, attended meetings of the sovereign People's Court and the Las Vegas Lawman Group and immediately began making friends, buying lunch and dinner, etc. Dominic Sacco took my wife and I to dinner

one evening at Piero's, in Las Vegas, which is what I consider a high-end restaurant, and more expensive than we could afford. He later invited me to attend the Sarfari Club International Annual Banquet, which also was an expensive affair, costing, I believe $100.00 a plate. He said as a contributor, he was given complimentary tickets. He also brought deer meat and sausage to our home five or six (6) times, claiming he shot the deer on a private ranch in Texas. My wife and I received in the neighborhood of 20 to 25 pounds of this wild game meat, cut, wrapped, and frozen. He also gave me gifts from time to time, including a wild turkey foot mounted on a plaque.

11.     On one occasion, Dominic Sacco invited me to visit his office on Tropicana Avenue in Las Vegas, presumable to view his trophies, which consisted of game heads, full-body mounts, and tanned deer skins on the floor. During this meeting, while seated in front of his desk, he handed me a small part and asked if I knew what it was, I replied that it looked like a "drop-in auto sear: for an AR-15 rifle. He asked if I had seen one before and I replied that an acquaintance had shown me one 25 or 30 years ago.

12.     Mr. Sacco also asked me what I thought of it and I told him, "not much." I explained that in order to convert a semi-automatic, five M-16 parts are required in the rifle. I said, "if you're going to go to all that trouble, you might as well have all the M-16 parts and forget the auto-sear."

13.     Mr. Sacco asked me if I could copy the drop-in auto sear and I told him I probably could, but they were available by mail for $105.00 each and advertised in the Shotgun News every month. (See exhibit B) The advertisement states they are legal to purchase and no federal firearms license is required. I subsequently ordered one to use as a pattern. (See exhibit B)

14.     Affiant states that a "drop-in sear" does not convert an AR-15 to fire fully automatic. The rife must have five M-16 parts installed, a trigger, a hammer, a safety, a dis-connector, and a bolt carrier with bolt. I did NOT provide any of these parts to Mr. Sacco, only the auto sears which may be legally purchased by mail order.

15.     Affiant cut out three (3) auto sears some time later, but and only after repeated phone calls from Mr. Sacco urging me to make these for him. He said he wanted to send them to his rancher friend in Texas, who was afraid of Mexican drug smugglers coming across the border and

2

1  and onto his ranch. I was told later that two of the auto sears did not even work as they would
2  not even drop into the rifle. He asked me to make replacements for these, which I eventually did
3  some time later after repeated requests from Mr. Sacco.

4      16.    Some time during our conversations, we talked about Lightning Links, which also
5  convert a semi-automatic AR-15 to full-automatic. He asked me to make him some of those
6  according to plans in a book I had gotten some 25 or 30 years ago. I cut out two or three and
7  gave them to Mr. Sacco. He paid me $300.00 for my time. Later, he said they did not work either
8  and asked for replacements. I cut out three more of the upright pieces and told him they were
9  longer and could be filed down to fit. They were not "machine guns", or machine gun parts, until
10 someone else filed them down.

11     17.    Affiant has never made Lightning Links or drop-in auto sears or converted an AR
12 15 rifle to full-auto until asked to do so upon Mr. Sacco's constant urging, in person and via
13 repeated phone calls urging me to "get some made."

14     18.    Affiant also had a fully automatic Sten gun, which was a world War II relic, used
15 by British troops. I obtained it from an acquaintance who lived near Kingman, Arizona in about
16 1979 or 1980. He was a machinist from California who had made a dozen or so from parts. I
17 don't remember paying him, but may have, as I can't imagine him giving them away for free.
18 We used to shoot cans, cactus apples, and gourds in the Arizona desert. When I moved to Las
19 Vegas, I brought it with me and kept it in storage, disassembled. I fired it a couple of times in
20 machine gun matches at the Soldier of fortune Three Gun Matches here in Las Vegas. It has
21 been in storage, disassembled, since 2000 when Colonel Brown discontinued the Soldier of
22 Fortune competitions, and was not fired until Dominic Sacco talked me into bringing it out to the
23 range for target shooting.

24     19.    Dominic Sacco and Mark Antonelli brought a full-automatic AK-47 out to the
25 range one day, saying his boat captain had brought it from Cuba. We all shot it that day and he
26 used it as bait to entice me to bring the sten gun the next time we went. I took it out one day and
27 we all shot it, and I tried one of the Lightning Links in my AR-15. It worked part of the time but
28 malfunctioned due to a loose carrier key on the bolt.

20. A week or two before affiant was arrested, Dominic Sacco called me and said he and Mark Antonelli were going to be in Las Vegas the first week in March and would like to go shooting. He said he had obtained two more AK-47's and that Mark wanted to buy one of them. He asked me if I wanted to buy the other one, to which I said no. He called March 3rd or 4th and said they would pick me up the morning of the 5th around 7:30 a.m., and asked me to be sure to bring the auto sears and the Sten gun. When he arrived at my home, he told me Mark would be meeting us at the Iron Skillet restaurant near the race track. He asked me again if I had the auto sears and the Sten gun, which I did.

21. When Dominic and I arrived at the Iron Skillet restaurant, we were swarmed by FBI agents and I was arrested.

22. Further affiant sayeth naught.

Executed on this 1st day of September, 2009.

_____
HAROLD E. CALL

SUBSCRIBED AND SWORN to
before me this 1ST day of September, 2009.

_____
NOTARY PUBLIC in and for said
County of Clark
State of Nevada

NOTARY PUBLIC
ILA C. WILLS
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 29, 2012
No: 09-9183-1

4