# EXHIBIT B

Shotgun News advertisement

# SHOTGUN NEWS

GUN SALES, STORIES & INFORMATION

Volume 62, Issue 16 | JUNE 1, 2008 (same as Newsstand Issue June 9) shotgunnews.com

**INSIDE** ▶ Kokalis: Salvador **SWAT** Pistols

***** RENEW TODAY AND SAVE *****
SET YOUR SIGHTS ON SAVINGS! SHOTGUN NEWS OFFERS THE
LARGEST VARIETY AND BEST PRICES ON ALL THE FIREARMS,
ACCESSORIES AND SERVICES THAT YOU COULD WANT. LOCK IN
THE LOW RENEWAL RATE BY RENEWING TODAY ONLINE AT
WWW.SHOTGUNNEWS.COM\SUBSCRIBERSERVICES

#BYNJJXN ************
#2770100039918174# 08

HAROLD CALL
8208 GUNTHER CIR
LAS VEGAS NV 89145  24

In her heart she believes that you should not own a handgun to protect your family.



Do you really think that she will answer the phone at **3 A.M.** when the home invasion thugs are trying to break down your door?



## The Best Pistols: Now and at 3 A.M.

When the security of your family is on the line, second best will not do. That's why Para's new single-action Gun Rights pistols give you the best in accuracy and reliability for you and your family's safety. And when you purchase a Gun Rights

**PYRAMYD AIR GUN MALL**
Largest inventory and assortment of Air gun. Air gun ammunition and Air gun accessories. Best Airsoft guns and accessories to choose from.
www.PyramydAir.com
or call 888-262-4867
All major manufacturers from "A" to "Y"
Dealers are very welcome to contact us
Email: sales@pyramydair.com

www.HomeFFL.com
www.MoreBans.org
WWW.WEBFFL.COM

**Paying Top Dollar for Legal Machine Guns**
Ruben A Mendiola Jr
Class III dealer since 1985
305-271-3436 7AM - 9PM ET
Toll Free 866-NFA-WANT
www.dealernfa.com ruben@dealernfa.com
I pay the ATF Tax.

www.SmokeWagonGear.com
The friendliest site on the net for ammo & shooting gear.
Save 10% on first order.
Use Coupon code: **SGN4M**

50 BMG AMMO & PROJE

PAGE 80
SHOTGUN NEWS — shotgunnews.com
Case 2:09-cr-00079-KJD-RJJ    Document 17-3    Filed 09/01/2009    Page 3 of 3

## FROM THE ORIGINAL INVENTOR — THE AR15/M16 DROP-IN AUTO SAFETY SEAR!



NOT AN OVERPRICED COUNTERFEIT COPY! HIGHEST QUALITY! NO FFL NEEDED. MONEY ORDERS ONLY. INSURED FIRST CLASS MAIL.

**$105.** "SU-PRESS-ON, INC," P.O. BOX 09161 DETROIT, MI, 48209 (313) 842-4222

---

We will do our best to match or beat all Competitor Prices!

### Arms of America



Come Chat with us on www.GunChat.net

**Order Line: 1-888-729-7815**

**www.ArmsofAmerica.com**

Direct: (623)-444-2573  Hours: M-F 8:30 - 5:00 Arizona Time
Fax: (623)-298-5062 • Sales@ArmsofAmerica.com
P.O. Box 30056 Flagstaff, AZ 86004

### SAIGA 12/20/.410 Semi-Auto Shotguns



Proud Distributors of the High Quality Russian Made Saiga

| Model | Barrel | Price |
|---|---|---|
| Saiga 12 | 19 Barrel | $429.99 |
| Saiga 12 | 24 Barrel | $429.99 |
| Saiga 20 | 19 Barrel | $349.99 |
| Saiga 20 | 22.5 Barrel | $359.99 |
| Saiga .410 | 19 Barrel | $264.99 |
| Saiga .410 | 21.5 Barrel | $274.99 |

### SAIGA 7.62X39/.223/308/.30-06 Semi-Auto Rifles

| Model | Barrel | Price |
|---|---|---|
| Saiga 7.62X39 | 16 Barrel | $289.99 |
| Saiga 7.62X39 | 20 Barrel | $299.99 |
| Saiga .223 | 16 Barrel | $289.99 |
| Saiga .223 | 20 Barrel | $299.99 |
| Saiga 308 | 16 Barrel | $349.99 |
| Saiga 308 | 22 Barrel | $359.99 |
| Saiga .30-06 | 22 Barrel | $399.99 |

### US made Hi-Cap SAIGA Magazines

| Model | Rd | Price | Model | Rd | Price |
|---|---|---|---|---|---|
| Saiga .223 | 3rd | $35.99 | Saiga 7.62x39 | 20rd | $39.99 |
| Saiga .233 | 5rd | $35.99 | Saiga 7.62x39 | 30rd | $43.99 |
| Saiga .223 | 15rd | $35.99 | Saiga .308 | 3rd | $34.99 |
| Saiga .233 | 20rd | $39.99 | Saiga .308 | 5rd | $34.99 |
| Saiga .223 | 30rd | $43.99 | Saiga .308 | 15rd | $43.99 |
| Saiga 7.62x39 | 3rd | $35.99 | Saiga .308 | 20rd | $46.99 |
| Saiga 7.62x39 | 5rd | $35.99 | Saiga .308 | 25rd | $46.99 |
| Saiga 7.62x39 | 15rd | $35.99 | Saiga 12 | 10rd | $59.00 |

### New Russian Factory SAIGA Magazines

| Model | Rd | Price |
|---|---|---|
| Saiga 308 | 8rd Mag | $34.99 |
| Saiga 7.62x39 | 10rd Mag | $24.99 |
| Saiga .223 | 10rd Mag | $24.99 |
| Saiga 12 | 5rd Mag | $39.99 |
| Saiga 20 | 5rd Mag | $39.99 |
| Saiga .410 | 4rd Mag | $34.99 |

### Russian .223 VEPR



The New Russian Made Molot VEPR .223 Rifle

Features a 20.5 Barrel, heavy duty RPK Style Receiver, a premium wood thumbhole Stock, and comes with a 5 round magazine, a 10 round magazine and a scope mount with 1 rings.

**$639.95**

### AK74 Polish Tantal



Rare 5.45 .wz 88 semi auto, featuring original imported Polish military parts built on a new Omega 74 receiver, Bayonet lug, threaded barrel, flash hider & folding stock. LIFETIME MFG WARRANTY.

**$599.99**

### 4 Rail Tactical Pistol



These 7.62 X 39 AK Pistols are one of the only pistols on the market that are built on a 1.6 mm Armory USA Receiver for extra strength each pistol also has a rear sling

**$549.99**

---

## Militaria For Sale  S5700

etc. I buy collections, I'll come to you. Send $2 for large list. Since 1963.
Mike Warren, PO Box 566, Bethpage, NY 11714.

**SEE THE RUSSIAN STORE ON THE WEB!!! WWW.RUSSIANSTORE.NET** Full line of uniforms, insignias, and more!!!!

**SOVIET MILITARIA!!** Trade & buy. Send $3 for catalog. RUSSIAN STORE, 7657 Winnetka Ave, Suite #203, Winnetka, CA 91306. 818-999-1257.

"(T)o disarm the people...(is) the best and most effectual way to enslave them..." George Mason, Virginia Ratification Convention, June 14, 1788.

## Militaria Wanted  S570

**BUY & SELL MILITARI** www.manions.com Uniforms, Field Gea Firearms, Bayonets, Flags, More! Since 1970. Visit www.manions.com or call 866-626-4661.

## Miscellaneous For Sale  S57

**FREE CATALOG! LAW ENFORCMENT SUPPLY.** Hundreds of Badg Patches and Law Enforcement Items: 888-642-0007 WWW.NLES.COM

---

## BOUND BOOKS
### FULL SIZE • HEAVY-DUTY
### WIREBOUND • OPEN FLAT

Dealers' Firearms Record Book

- Dealers' Firearms Record Book
- Interchangeable Ammunition Record Book
- Gun Trader's Bookkeeping System
- Gunsmith's Record Book
- Blackpowder Record Book
  ABOVE BOOKS 1/$8.50*2/$13.85*3/$20.00*6/$38.50*12/$76.00
- Small Dealers' Record Book $3.75/3-$10
- Firearms Bill-of-Sale Record Book - Legal forms/carbons for 50 transactions $6.00
- Personal Firearms Record Books $3.00
  Dozen for Resale $21.60

FREE SHIPPING USA

We accept MasterCard, Visa & AmEx or ship UPS-COD
Order Phones - 309-473-3964 or 800-914-5464 or Fax 888-554-8369
www.PFRB.biz

**PFRB Company • P.O. Box 1242-A • Bloomington, IL 61702**

---

## MADIS BOOKS

### "THE WINCHESTER BOOK"
by George Madis

The most complete and authoritative book on Winchesters. 655 pages, 6 pounds mailing weight. Deluxe Hardbound 1 of 1000 edition. Recently revised and expanded. Hundreds of photographs. This standard reference book has now been in print for over 36 years. 1 of 1,000. Deluxe Hardbound Edition ................................................$54.50

### "THE WINCHESTER HANDBOOK"
by George Madis

All new complete coverage of all models, contains information not available from any other source, a must for all collectors & dealers. 288 pages, 600 photographs, 5½x8½, 1 of 1000. Deluxe Hardbound Edition. ....................$26.95

### "THE WINCHESTER MODEL TWELVE"
by George Madis

All new with complete coverage of the Model 12, 180 pages, photo illustrated. 1 of 1000. Deluxe Hardbound Edition.................................$26.95

### "THE WINCHESTER ERA"
by George Madis

This 167 page book has over 100 pictures. A mine of never before available information, it discussed every model of collectors Winchesters. Partly based on the memoirs of Oliver F. Winchester. All new deluxe limited first edition, 1 of 1000. Deluxe Hardbound Edition..................................$19.95

### "SIGHT BOOK"
by George Madis

NEW!! Complete coverage of sights and scopes used by Winchester. Deluxe Hardbound Edition. 186 pages, 6x9 inches, over 300 illustrations. First Edition. ................................................$26.95

**"WINCHESTER DATES OF MANUFACTURE"** by George Madis
**"BROWNING DATES OF MANUFACTURE"** by George Madis
**"U.S. MILITARY ARMS DATES OF MANUFACTURE"**
by George Madis
**"COLT DATES OF MANUFACTURE"**
Shirt-pocket size books providing dates of manufacture for every model,