1  TERRENCE M. JACKSON, ESQ.
   Nevada Bar 00854
2  Law Office of Terrence M. Jackson
   624 Ninth Street
3  Las Vegas, Nevada   89101
   Off:(702)386-0001 / Fax:(702)386-0085
4
   *Attorney for Defendant, Harold  E. Call*
5

6
                   **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF NEVADA**
8

9

10 UNITED STATES OF AMERICA,            Case No.: 2:09-CR-00079-KJD-RJJ

11                 Plaintiff,

12   v.                                 **STIPULATION TO VACATE
                                        TRIAL DATE**
13 HAROLD E. CALL,
                                        (Third Request)
14                 Defendant.

15

16      IT IS HEREBY STIPULATED by and between DANIEL G. BOGDEN, United States
17 Attorney, and J. GREGORY DAMM, Assistant United States Attorney, counsel for the UNITED
18 STATES OF AMERICA, and Defendant, **HAROLD E. CALL**, by and through his counsel,
19 TERRENCE M. JACKSON, ESQ., that the **Calendar Call date currently set for October 27,**
20 **2009, at the hour of 9:00 a.m.,** and the **Trial date currently set for November 1, 2009,  at the**
21 **hour of 9:00 a.m.**, in Courtroom 6D, be vacated and set to a date and time to be set by the court, but
22 not earlier than (90) ninety days.
23      This Stipulation is entered into based on the following:
24 1.   Defense counsel, Terrence M. Jackson, Esquire, has received supplemental discovery,
25 including  7 CD's.  There exists hundreds of hours of audio tapes as well.  I am requesting additional
26 time for pretrial preparation, investigation, and filing of pretrial motions and such time is essential
27 to be adequately prepared for trial and may be helpful in re-instituting negotiations.
28 2.    Counsel for the Defendant has spoken to the Defendant, and the Defendant has no

objection to the requested continuance.

3.　　Counsel has spoken to the Assistant United States Attorney, October 6, 2009 and he has no objection to this continuance.

4.　　Additionally, denial of this request for continuance would result in a miscarriage of justice.

5.　　For all the above stated reasons, the ends of justice would be best served by a continuance of the trial date.

6.　　The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(F) and Title 18, United States Code §3161(h)(8)(A), considering the factors under Title 18, United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

7.　　This is the Third Request for a continuance in this case.

RESPECTFULLY SUBMITTED, this 9th day of October 2009.

By: /s/ Terrence M. Jackson　　　　　　By: /s/ Gregory Damm

TERRENCE M. JACKSON, ESQ.　　　　J. GREGORY DAMM, ESQ.
Nevada Bar No. 00854　　　　　　　　　Assistant United States Attorney
624 Ninth Street　　　　　　　　　　　　333 Las Vegas Blvd. So., Fifth Floor
Las Vegas, Nevada 89101　　　　　　　Las Vegas, Nevada 89101
(702) 386-0001/ (702) 386-0085　　　　(702) 388-6336/ (702) 388-6418

*Attorney for Defendant, CALL*　　　　　*Attorney for Plaintiff, United States of America*

TERRENCE M. JACKSON
Nevada Bar 00854
Law Office of Terrence M. Jackson
624 Ninth Street
Las Vegas, Nevada 89101
Off:(702)386-0001 / Fax:(702)386-0085

*Attorney for Defendant, Harold E. Call*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAROLD E. CALL,<br><br>　　　　Defendant. | Case No.: 2:09-CR-00079-KJD-RJJ<br><br>**FINDINGS OF FACT**,<br>**CONCLUSION OF LAW**<br>**AND ORDER** |

## FINDING OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel, Terrence M. Jackson, Esquire, has received 7 CD's of supplemental discovery made available October 1, 2009. I am requesting additional time for pretrial preparation, investigation, and possibly filing of pretrial motions and such time is essential to be adequately prepared for trial and may be helpful in re-instituting negotiations.

2. Counsel for the Defendant has spoken to the defendant who is currently out of custody, and has no objection to the requested continuance.

3. Counsel has spoken to the Assistant United States Attorney and he has no objection to this continuance.

4. The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United

States Code, § 3161(h)(1)(F) and Title 18 United States Code § 3161(h)(8)(A), considering the factors under Title 18 United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

6.   This is the Third Request for a continuance.

For all of the above reasons, the ends of justice would best be served by a continuance of the calendar call and trial date.

## CONCLUSIONS OF LAW

1.   Denial of this request would result in a miscarriage of justice.

2.   For all of the above stated reasons, the ends of justice would be best served by a continuance of the current trial date.

3.   The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(F) and Title 18, United States Code, § 3161(h)(8)(A), considering the factors under Title 18, United States Code, §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

## ORDER

**IT IS HEREBY ORDERED** that the October 27, 2009 calendar call and the November 1, 2009 trial date be vacated.

**IT IS FURTHER ORDERED** that calendar call in this matter be scheduled for the ____ day of _____, 2009, at the hour of _____ and that the trial date in this matter be scheduled for the ____ day of _____, 2009, at the hour of _____ a.m./p.m.

**IT IS FURTHER ORDERED** that the trial briefs, proposed voir dire questions, proposed jury instructions, and list of the Government's prospective witnesses shall be submitted to the Court by _____, 2009, at the hour of _____.

**DATED** this ____ day of October 2009.

_____
UNITED STATES DISTRICT JUDGE