TERRENCE M. JACKSON, ESQ.
Nevada Bar 00854
Law Office of Terrence M. Jackson
624 Ninth Street
Las Vegas, Nevada   89101
Off:(702)386-0001 / Fax:(702)386-0085

*Attorney for Defendant, Harold  E. Call*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>  v.<br><br>HAROLD E. CALL,<br><br>                                        Defendant. | Case No.: 2:09-CR-00079-KJD-RJJ<br><br>**STIPULATION TO VACATE TRIAL DATE**<br><br>(Third Request) |

    IT IS HEREBY STIPULATED by and between DANIEL G. BOGDEN, United States Attorney, and J. GREGORY DAMM, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, and Defendant, **HAROLD E. CALL**, by and through his counsel, TERRENCE M. JACKSON, ESQ., that the **Calendar Call date currently set for October 27, 2009, at the hour of 9:00 a.m.,** and the **Trial date currently set for November 1, 2009,  at the hour of 9:00 a.m.**, in Courtroom 6D, be vacated and set to a date and time to be set by the court, but not earlier than (90) ninety days.

    This Stipulation is entered into based on the following:

1.    Defense counsel, Terrence M. Jackson, Esquire, has received supplemental discovery, including  7 CD's.  There exists hundreds of hours of audio tapes as well.  I am requesting additional time for pretrial preparation, investigation, and filing of pretrial motions and such time is essential to be adequately prepared for trial and may be helpful in re-instituting negotiations.

2.    Counsel for the Defendant has spoken to the Defendant, and the Defendant has no

1 objection to the requested continuance.

2 3.     Counsel has spoken to the Assistant United States Attorney, October 6, 2009 and
3 he has no objection to this continuance.

4 4.     Additionally, denial of this request for continuance would result in a miscarriage of justice.

5 5.     For all the above stated reasons, the ends of justice would be best served by a
6 continuance of the trial date.

7 6.     The additional time requested by this stipulation is excludable in computing the time within
8 which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States
9 Code, § 3161(h)(1)(F) and Title 18, United States Code §3161(h)(8)(A), considering the factors
10 under Title 18, United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

11 7.     This is the Third Request for a continuance in this case.

12         RESPECTFULLY SUBMITTED, this  9th day of October 2009.

14 By: /s/ Terrence M. Jackson          By: /s/ Gregory Damm

15 TERRENCE M. JACKSON, ESQ.            J. GREGORY DAMM, ESQ.
Nevada Bar No. 00854                   Assistant United States Attorney
16 624 Ninth Street                     333 Las Vegas Blvd. So., Fifth Floor
Las Vegas, Nevada 89101                Las Vegas, Nevada 89101
17 (702) 386-0001/ (702) 386-0085       (702) 388-6336/ (702) 388-6418

18 *Attorney for Defendant, CALL*       *Attorney for Plaintiff, United States of America*

TERRENCE M. JACKSON
Nevada Bar 00854
Law Office of Terrence M. Jackson
624 Ninth Street
Las Vegas, Nevada 89101
Off:(702)386-0001 / Fax:(702)386-0085

*Attorney for Defendant, Harold E. Call*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAROLD E. CALL,<br><br>　　　　Defendant. | Case No.: 2:09-CR-00079-KJD-RJJ<br><br>**FINDINGS OF FACT**,<br>**CONCLUSION OF LAW**<br>**AND ORDER** |

## FINDING OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel, Terrence M. Jackson, Esquire, has received 7 CD's of supplemental discovery made available October 1, 2009. I am requesting additional time for pretrial preparation, investigation, and possibly filing of pretrial motions and such time is essential to be adequately prepared for trial and may be helpful in re-instituting negotiations.

2. Counsel for the Defendant has spoken to the defendant who is currently out of custody, and has no objection to the requested continuance.

3. Counsel has spoken to the Assistant United States Attorney and he has no objection to this continuance.

4. The additional time requested by this Stipulation is excludable in computing time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United

1  States Code, § 3161(h)(1)(F) and Title 18 United States Code § 3161(h)(8)(A), considering the
2  factors under Title 18 United States Code §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).
3      6.   This is the Third Request for a continuance.
4  For all of the above reasons, the ends of justice would best be served by a continuance of the
5  calendar call and trial date.

## CONCLUSIONS OF LAW

7      1.   Denial of this request would result in a miscarriage of justice.
8      2.   For all of the above stated reasons, the ends of justice would be best served by a
9  continuance of the current trial date.
10     3.   The additional time requested by this Stipulation is excludable in computing
11 time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United
12 States Code, § 3161(h)(1)(F) and Title 18, United States Code, § 3161(h)(8)(A), considering the
13 factors under Title 18, United States Code, §§ 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

## ORDER

15 **IT IS HEREBY ORDERED** that the October 27, 2009 calendar call and the November 1,
16 2009 trial date be vacated.
17 **IT IS FURTHER ORDERED** that calendar call in this matter be scheduled for the 16th
18 day of March, 2009, at the hour of _____ and that the trial date in this matter be
19 scheduled for the 22nd day of March, 2010, ~~2009~~, at the hour of 9:00 a.m./~~p.m.~~
20 **IT IS FURTHER ORDERED** that the trial briefs, proposed voir dire questions, proposed
21 jury instructions, and list of the Government's prospective witnesses shall be submitted to the Court
22 by March 17, 2010, at the hour of 4:00 p.m.
23 **DATED** this 13th day of October 2009.

25                   /S/ KENT J. DAWSON
                    UNITED STATES DISTRICT JUDGE

4