1  TERRENCE M. JACKSON, ESQ.
   Nevada Bar 00854
2  Law Office of Terrence M. Jackson
   624 Ninth Street
3  Las Vegas, Nevada  89101
   Off:(702)386-0001 / Fax:(702)386-0085
4
   *Attorney for Defendant, Harold  E. Call*
5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:09-CR-00079-KJD-RJJ |
| v. | |
| HAROLD E. CALL, | |
| Defendant. | |

### JOINT STIPULATION TO VACATE  TRIAL DATE    (Fourth Request)

Pursuant to this Court's Rules 45-1 and 45-4, the parties respectfully request that the Court approve this stipulation to extend the trial date in this case.  At the present time, trial is set to commence on March 22, 2010.  The parties respectfully request that the Court (1) vacate the current trial date, (2) approve this stipulation and (3) continue trial ninety (90) days to and until a date that is convenient for the Court but <u>no earlier than</u> June 19, 2010. Continuance of the current trial date is necessary for the following reasons:

1.    Additional time is necessary for pretrial preparation, investigation, and filing of pretrial motions and such time is essential to be adequately prepared for trial and to explore the possibility of pretrial resolution of Mr. Call's criminal charges which, if successful, will obviate the need for trial. Counsel for the United States has agreed that if the stipulation is granted for a pending offer to remain open until April 16, 2010, but no later.

/ / /

2. Counsel for the Defendant, currently out of custody, has spoken to the Defendant, and the Defendant has no objection to the requested continuance.

3. Both parties agree to the continuance sought herein.

4. Disapproval of this request for continuance could result in a miscarriage of justice and, therefore, approval is warranted.

5. Approval of this stipulation will <u>not</u> violate Defendant's speedy trial rights because the parties specifically agree that the additional time requested by this motion should be <u>excluded</u> in computing the time within which the trial relating to this matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F) and Title 18, U.S.C. §3161(h)(8)(A), considering the factors under Title 18 U.S.C. §§ 3161(h)(8)(B)(i) and (iv).

7. This is the Fourth Request for a continuance in this case.

## Conclusion

For the reasons set forth above, the parties respectfully request that the Court approve this stipulation seeking a continuance of the current trial date to and until a date <u>no earlier than</u> June 19, 2010 that is convenient for the Court. In accordance with Local Rule 45-4, a proposed Order is attached herewith.

RESPECTFULLY SUBMITTED, this 26th day of February 2010.

DANIEL G. BOGDEN
United States Attorney

By: /s/ Terrence M. Jackson

TERRENCE M. JACKSON, ESQ.
Nevada Bar No. 00854
624 Ninth Street
Las Vegas, Nevada 89101
(702) 386-0001/ (702) 386-0085

Dated February 26, 2010

Attorney for Defendant, CALL

By: /s/ Gregory Damm

J. GREGORY DAMM, ESQ.
Assistant United States Attorney
333 Las Vegas Blvd. So., Fifth Floor
Las Vegas, Nevada 89101
(702) 388-6336/ (702) 388-6418

Dated February 26, 2010

Attorneys for Plaintiff, United States of America

TERRENCE M. JACKSON
Nevada Bar 00854
Law Office of Terrence M. Jackson
624 Ninth Street
Las Vegas, Nevada 89101
Off:(702)386-0001 / Fax:(702)386-0085

*Attorney for Defendant, Harold E. Call*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No.: 2:09-CR-00079-KJD-RJJ |
| HAROLD E. CALL, | |
| Defendant. | |

### ORDER

The Court having reviewed the "Joint Stipulation To Continue Trial Date," filed by the parties, it is hereby ordered that the stipulation is <u>approved</u>. In granting this approval, the Court makes the following enumerated findings of fact:

1.   Defense counsel, Terrence M. Jackson, Esquire, is requesting additional time for pretrial preparation, investigation, and filing of pretrial motions and such time is essential to be adequately prepared for trial and to explore the possibility of pretrial resolution of Mr. Call's criminal charges which, if successful, will obviate the need for trial. Counsel for the United States has agreed that if the stipulation is granted for a pending offer to remain open until April 16, 2010, but no later.

2.   Counsel for the Defendant, currently out of custody, has spoken to the Defendant, and the Defendant has no objection to the requested continuance.

3.   Both parties agree to the continuance sought herein.

4. Denial of this request for continuance could result in a miscarriage of justice and, therefore, approval is warranted.

5. Approval of this stipulation will <u>not</u> violate Defendant's speedy trial rights because the parties specifically agree that the additional time requested by this motion should be <u>excluded</u> in computing the time within which the trial relating to this matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F) and Title 18, U.S.C. §3161(h)(8)(A), considering the factors under Title 18 U.S.C. §§ 3161(h)(8)(B)(i) and (iv).

7. This is the Fourth Request for a continuance in this case.

**Conclusion**

In light of the foregoing factual findings, the Court concludes that the ends of justice would be best served by a continuance of the trial date in this matter. Accordingly, the previous trial date of March 22, 2010 at the hour of 9:00 AM is hereby vacated and trial in this case is continued to and until April 19, 2010, and shall commence at the following time 9:00 a.m. The previous calendar call of March 16, 2010 at 9:00 AM is hereby vacated and the calendar call in this case is continued to and until April 13, 2010, and shall commence at the following time 9:00 a.m. Exhibit lists, proposed voir dire, proposed jury instructions and trial briefs shall be due April 14, 2010.

/S/ KENT J. DAWSON
UNITED STATES DISTRICT JUDGE
Dated: March 11, 2010.