UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER: 2:09-CR-079-KJD-RJJ |
| ) | |
| HAROLD CALL ) | |
| ) | **JUDGE KENT J. DAWSON'S** |
| ) | **ORDER REGARDING TRIAL** |
| Defendant, ) | |

1. Attached hereto is a list of cases that are presently scheduled for trial before the Honorable Kent J. Dawson, United States District Judge., at Las Vegas, Nevada, commencing on **MONDAY, the 19th day of APRIL, 2010** at 9:00 a.m. This is a two-week stack.

2. Counsel for all parties in the civil and criminal cases shall appear in Courtroom 6D on **TUESDAY, the 13th day of APRIL, 2010 at 9:00 a.m.** for Calendar Call. Unless a party in a civil case or a defendant in a criminal case is appearing pro se, the individual parties in civil cases and the defendants in criminal cases will not be required to appear for Calendar Call unless the Court directs otherwise.

3 Counsel or their clients will be excused from Calendar Call if, prior to the scheduled calendar call, settlement papers have been filed in a civil case or a

defendant's plea of guilty or no lo contendere has been accepted in a criminal case.

4. At the Calendar Call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS' NOTICE** from the clerk.

5. CHANGE OF PLEA HEARINGS. It shall be the responsibility of counsel for the United States and for Defendant(s) to ensure that the original and two copies of the plea agreement be lodged with the Clerk's Office, attention Peggie Vannozzi. Counsel will be contacted with a firm hearing date.

6. STATUS HEARINGS. The Court may conduct a status conference prior to the scheduled Calendar Call. If the Court is satisfied during the status conference that the case is ready for trial, the Court may vacate the Calendar Call.

7. WITNESSES. Counsel shall immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call, but must appear as subpoenaed.

8. EXHIBITS. At least three (3) court days prior to trial counsel shall supply Judge Dawson's Courtroom Administrator, Peggie Vannozzi, with the **original** and **one** copy of a complete exhibit list of all exhibits that are intended to be used during the trial. At the same time, counsel shall serve upon opposing counsel a copy of the same.

<u>Plaintiffs shall use numerals 1 through 499 and defendants shall use numerals 500 through 999.</u>  If the total exhibits per side exceed 15, the exhibits are to be placed in 3-ring binders with numbered dividers.  The exhibits are to be listed on a form provided by the Clerk's Office, and may be computer-generated if they conform to the requirements of the form that is provided by the clerk.  Counsel shall retain possession of their exhibits until such time as they are identified in open court; thereafter, the exhibits shall remain in the custody of the clerk unless otherwise ordered.

      9. <u>MARKING EXHIBITS</u>.  During preparations for trial, counsel for all parties shall meet, confer, pre-mark and exchange all trial exhibits.  At least three (3) <u>court</u> days in advance of trial, counsel in civil cases shall notify Judge Dawson's courtroom administrator that the exhibits have been pre-marked.

      10. <u>EVIDENCE DISPLAY EQUIPMENT.</u>   Counsel wishing to utilize the Court's evidence display equipment must make contact with the courtroom administrator to determine its availability and to arrange for training.  Counsel wishing to utilize their own display equipment must contact the courtroom administrator to arrange a time and date to set up the equipment prior to the trial.

      11. <u>JURY INSTRUCTIONS.</u> Counsel are to comply with the Order Regarding Pretrial Procedure in a Criminal Case or the Joint Pretrial Order in a civil case.  At least five (5) days prior to commencement of a criminal trial, or two (2) weeks prior to the commencement of the trial of a civil case,  Counsel or parties appearing pro se are required to meet and confer to submit a set of agreed-upon jury instructions to the Court.  **At least three (3) court days** prior to the commencement of a trial, **counsel**

**are to file the original set of mutually acceptable jury instructions and a set of disputed instructions in the Clerk's Office and submit same to chambers on a 3.5" computer floppy disk or CD in WordPerfect format**

11. <u>TRIAL JUDGE</u>.  Although the cases that are listed on the attached trial calendar are assigned to Judge Dawson, the cases may proceed to trial before another Nevada district judge or a visiting district judge.

12 . <u>CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE</u>.  Counsel and parties in civil actions are reminded of their right to consent to disposition before a United States Magistrate Judge pursuant to Title 28, Section 636(c)(2) of the United States Code.  The right to proceed before a Magistrate Judge in a civil case includes those cases that will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment in a proceeding before a Magistrate Judge shall be taken directly to the United States court of Appeals.  The option to proceed before a Magistrate Judge is available to the parties at the time an action is commenced.  The Court may refuse to approve a consent if it appears to be motivated by an effort to delay the proceeding.

13. <u>SANCTIONS</u>.  As provided for under the Local Rules of Practice of this court, the Court will consider the imposition of sanctions against any attorney who: (1) fails to timely file trial briefs, suggested voir dire questions and proposed jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, as prescribed by the Pretrial Order, Order Regarding Pretrial Procedure, Scheduling Order or any order extending the time for such filings; (2) fails to comply with the

4

provision of this order including, but not limited to, the failure to appear for calendar call without first having been excused by the court or the clerk with the permission of the Court; or (3) fails to timely comply with any other order that schedules deadlines for trial preparation.

14. CONTACT PERSON. All questions and information regarding the trial calendar are to be directed to PEGGIE VANNOZZI, Courtroom Administrator, at 702-464-5429.

15. The **date** of the Clerk's File Mark shall constitute the date of this order.

**IT IS SO ORDERED.**

/s/ **KENT J. DAWSON**
**UNITED STATES DISTRICT JUDGE**

Judge Dawson's 4/19/2010 trial stack (calendar call 4/13/10 at 9:00 AM)

| | | |
|---|---|---|
| 1. 2:08-cr-140-KJD-LRL | UNITED STATES OF AMERICA | |
| | VS. | |
| | CHRISTOPHER SANGALANG | CUSTODY |
| | DEANDRE PATTON | CUSTODY |

7 Count Indictment - 21 USC §841 & §846; 26 USC §5851(d)

Jury Trial (estimate   days)

| | |
|---|---|
| Paul Padda, AUSA | Shari Kaufman, AFPD |
| (for Government) | (For Defendant Sangalang) |
| | |
| | Lisa Rasmussen |
| | (For Defendant Patton) |

Pending: Defendant's Motion to Dismiss for Outrageous Government Conduct (#67), opposition #61, Defendant's supplement (#102), Defendants' Reply (#196), Report & Recommendation (#207), Defendants' Motion for Limited Rehearing (#212) Defendants' objections (#213), Government response (#219)

| | | |
|---|---|---|
| 2. 2:09-cr-79-KJD-RJJ | UNITED STATES OF AMERICA | |
| | VS. | |
| | HAROLD CALL | PR BOND |

5 Count Indictment - 18 USC §922(o) and 26 USC §§5845 and 5861

Jury Trial (estimate   days)

| | |
|---|---|
| Eric Johnson, AUSA | Terrence Jackson |
| J. Gregory Damm, AUSA | (For Defendant) |
| (For Government) | |

| | | |
|---|---|---|
| 3. 2:09-cr-428-KJD-PAL | UNITED STATES OF AMERICA | |
| | VS. | |
| | DANIEL CHIDESTER | BOND |

1 Count information, 43 CFR §8365.1-4(b)(2)

Jury Trial (estimate   days)

| | |
|---|---|
| Nadia Ahmed, S/AUSA | Thomas Ericsson |
| (For Government) | (For Defendant) |

Judge Dawson's 4/19/2010 trial calendar

4. 2:09-cr-502-KJD-PAL     UNITED STATES OF AMERICA
                                         VS.
                                         DENNIS JAMES GRAVES             CUSTODY

1 Count Indictment - 18 USC §2113(a)

Jury Trial (estimate   days)

Lucas Foletta, AUSA                                  Richard Boulware, AFPD
(For Government)                                     (For Defendant)

5. 2:10-cr-17-KJD-RJJ      UNITED STATES OF AMERICA
                                         VS.
                                         JEFFREY VAN DOREN               CUSTODY

4 Count Indictment - 18 USC §2252A(a)(1), §2252A(a)(2) & §2252A(a)(5)(B)

Jury trial (estimate   Days)

Nancy Koppe, AUSA                                    Richard Boulware, AFPD
(for Government)                                     (For Defendant)

6. 2:10-cr-66-KJD-RJJ      UNITED STATES OF AMERICA
                                         VS.
                                         RODOLFO DOMINGUEZ-SOSA          CUSTODY

1 Count Indictment - 8 USC §1326

Jury Trial (estimate   Days)

Robert Bork, AUSA                                    Monique Kirtley, AFPD
An Nguyen, S/AUSA                                    (For Defendant)

Judge Dawson's 4/19/2010 trial calendar

7. 2:10-cr-67-KJD-PAL     UNITED STATES OF AMERICA
                                         VS.
                                         JUAN ALEJANDRO REYES-ZONIGA     CUSTODY

1 Count Indictment - 8 USC §1326

Jury Trial (estimate   days)

Robert Bork, AUSA                                        Richard Boulware, AFPD
An Nguyen, S/AUSA                                        (For Defendant)

8. 2:10-cr-69-KJD-RJJ     UNITED STATES OF AMERICA
                                         VS.
                                         JOE GONZALEZ-GUZMAN,            CUSTODY
                                         (Charged as Jose Gonzalez-Guzman)

1 Count Indictment - 8 USC §1326

Jury trial (estimate   days)

Robert Bork, AUSA                                        Brenda Weksler, AFPD
An Nguyen, S/AUSA                                        (For Defendant)
(for Government)