**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>       v. )<br>  )<br>HAROLD CALL, )<br>  )<br>             Defendant. ) | 2:09-CR-079-KJD (RJJ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 13, 2010, defendant HAROLD CALL pled guilty to Count Three of a Five-Count Criminal Indictment charging him with Possession of Unregistered Machine Gun, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the offense to which defendant HAROLD CALL pled guilty and the property set forth in the Forfeiture Allegation of the Criminal Indictment and in the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Harold Call, and Order (#38).

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c):

     a)    Nine (9) "auto sears" designed and intended for use in converting a weapon to shoot automatically more than once shot, without manual reloading, by a single function of the trigger;

. . .

|   |   |   |
|---|---|---|
| 1 | b) | Six (6) "lighting link" designed and intended for use in converting a weapon |
| 2 |  | to shoot automatically more than once shot, without manual reloading, by a |
| 3 |  | single function of the trigger; |
| 4 | c) | A Sten Machine gun; and |
| 5 | d) | an Enfield MK1 Machine gun, serial number 12T1634. |

6   This Court finds the United States of America is now entitled to, and should, reduce the
7   aforementioned property to the possession of the United States of America.

8   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
9   United States of America should seize the aforementioned property.

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
11   HAROLD CALL in the aforementioned property is forfeited and is vested in the United States of
12   America and shall be safely held by the United States of America until further order of the Court.

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
14   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
15   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
16   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
17   the name and contact information for the government attorney to be served with the petition, pursuant
18   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

19   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
20   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

21   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
22   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
23   following address at the time of filing:

24   Daniel D. Hollingsworth
     Assistant United States Attorney
25   Michael A. Humphreys
     Assistant United States Attorney
26   Lloyd D. George United States Courthouse

1  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described asset.

DATED this __14__ day of __April_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Maliece Troth, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on April 13, 2010 by the below identified method of service:

<u>E-mail/ECF</u>
Terrence M. Jackson, Esq.
624 South 9th Street
Las Vegas, Nv 89101
Email: Terry.Jackson.Esq@gmail.com
*Counsel for Harold Call*

     /s/ Maliece Troth
MALIECE TROTH
Forfeiture Support Associate Paralegal