DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-079-KJD (RJJ) |
| ) | |
| HAROLD CALL, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING PROOF OF PUBLICATION

Attached hereto is the proof of publication evidencing publication of the Notice on www.forfeiture.gov for the required period of time.

Dated: June 8, 2010

                                                    DANIEL G. BOGDEN
                                                    United States Attorney

                                                    /s/DanielDHollingsworth
                                                    DANIEL D. HOLLINGSWORTH
                                                    Assistant United States Attorney

# AFFIDAVIT

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

I, Alexandra M. McWhorter, being duly sworn, depose and say the following:

I am a Forfeiture Support Associates Paralegal/Legal Assistant III assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. Harold Call*, 2:09-CR-079-KJD (RJJ).

Notice of Criminal Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 21, 2010 through May 20. 2010, evidenced by the attached Notice and the attached verified Advertisement Certification Report. The publication of this Notice was reasonably calculated to notify all potential claimants.

*Alexandra M. McWhorter*
ALEXANDRA M. MCWHORTER
Forfeiture Support Associates
Paralegal/Legal Assistant III

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

TERRI JAMISON
Notary Public-State of Nevada
APPT. NO. 0999451
My App. Expires April 30, 2013

Subscribed and sworn to (or affirmed) before me on June 8th , 2010.

*Terri Jamison*
NOTARY PUBLIC

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 21, 2010 and May 20, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Harold Call

**Court Case No:** 2:09-CR-079-KJD (RJJ)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/21/2010 | 23.6 | Verified |
| 2 | 04/22/2010 | 23.6 | Verified |
| 3 | 04/23/2010 | 23.6 | Verified |
| 4 | 04/24/2010 | 23.6 | Verified |
| 5 | 04/25/2010 | 22.4 | Verified |
| 6 | 04/26/2010 | 23.6 | Verified |
| 7 | 04/27/2010 | 23.6 | Verified |
| 8 | 04/28/2010 | 23.6 | Verified |
| 9 | 04/29/2010 | 23.6 | Verified |
| 10 | 04/30/2010 | 23.6 | Verified |
| 11 | 05/01/2010 | 23.6 | Verified |
| 12 | 05/02/2010 | 23.6 | Verified |
| 13 | 05/03/2010 | 23.6 | Verified |
| 14 | 05/04/2010 | 23.6 | Verified |
| 15 | 05/05/2010 | 23.6 | Verified |
| 16 | 05/06/2010 | 23.6 | Verified |
| 17 | 05/07/2010 | 23.6 | Verified |
| 18 | 05/08/2010 | 23.6 | Verified |
| 19 | 05/09/2010 | 23.6 | Verified |
| 20 | 05/10/2010 | 23.6 | Verified |
| 21 | 05/11/2010 | 23.5 | Verified |
| 22 | 05/12/2010 | 23.6 | Verified |
| 23 | 05/13/2010 | 23.5 | Verified |
| 24 | 05/14/2010 | 23.6 | Verified |
| 25 | 05/15/2010 | 22.5 | Verified |
| 26 | 05/16/2010 | 22.5 | Verified |
| 27 | 05/17/2010 | 23.6 | Verified |
| 28 | 05/18/2010 | 23.6 | Verified |
| 29 | 05/19/2010 | 23.6 | Verified |
| 30 | 05/20/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## COURT CASE NUMBER: 2:09-CR-079-KJD (RJJ); NOTICE OF FORFEITURE

Notice is hereby given that on April 15, 2010, in the case of <u>U.S. v. Harold Call</u>, Court Case Number 2:09-CR-079-KJD (RJJ), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

> Nine (9) "auto sears" designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger
>
> Six (6) "lighting link" designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger
>
> A Sten Machine gun
>
> an Enfield MK1 Machine gun, serial number 12T1634

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 21, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, NV 89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Notice of Filing Proof of Publication on June 8, 2010 by the below identified method of service:

E-mail/ECF

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Email: Terry.Jackson.Esq@gmail.com
*Counsel for Harold Call*

    /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal