**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                         Plaintiff,           )<br>                                                          )<br>            v.                                         )<br>                                                          )<br>HAROLD CALL,                            )<br>                                                          )<br>                         Defendant.     ) | 2:09-CR-079-KJD (RJJ) |

**FINAL ORDER OF FORFEITURE**

On April 15, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant HAROLD CALL to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant HAROLD CALL pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 21, 2010 through May 20, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) Nine (9) "auto sears" designed and intended for use in converting a weapon to shoot automatically more than once shot, without manual reloading, by a single function of the trigger;

b) Six (6) "lighting link" designed and intended for use in converting a weapon to shoot automatically more than once shot, without manual reloading, by a single function of the trigger;

c) a Sten Machine gun; and

d) an Enfield MK1 Machine gun, serial number 12T1634.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this  9  day of  July , 2010.

UNITED STATES DISTRICT JUDGE