UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-079-KJD-(RJJ) |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING CONTINUANCE OF SELF-SURRENDER DATE** |
| HAROLD CALL, ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby approves the parties' Stipulation to Extend Defendant Harold Call's Self-Surrender Date. Accordingly,

IT IS HEREBY ORDERED that Mr. Call's self-surrender date is continued from December 1, 2010 to December 8, 2010. Mr. Call must surrender by 12:00 p.m. (noon) on December 8, 2010.

DATED this 2nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

4